# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

March 10, 2016

**Via ECF and Facsimile**
The Honorable Cheryl L. Pollak
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Fax: (718) 613-2365

Re:   *Kevin Sosa v. CAZ-59 Express, Inc.*,
      Docket No. 13-cv-04826 (CBA)(CLP)

Dear Judge Pollak:

   We represent all Plaintiffs in the above-captioned wage-and-hour matter. I write on behalf of all parties pursuant to this Court's Order dated February 24, 2016, instructing that in the event the parties do not reach a settlement by March 10, 2016, they are to supply the Court with a status letter advising of that fact and proceed with discovery. Docket No. 51. Unfortunately, to date, the parties have not been able to settle the instant dispute but are still amenable to a possible settlement.

   All paper discovery between the parties has been completed to date. Additional paper discovery may be required after depositions. Plaintiffs have completed all depositions they intend to conduct in this matter. Currently, Defendants have stated they intend to depose Plaintiff Kevin Sosa and Opt-In Plaintiff Juan Mateo but have not noticed dates for such depositions. Defendants have further stated they may depose someone from the Federal Express terminal but have not identified a specific individual or noticed a date.

1

The parties thank the Court for its continued attention to this matter.

Respectfully submitted,

_____
Samuel Veytsman, Esq.
*For the Firm*

To: All parties via ECF