UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN SOSA, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>CAZ-59 EXPRESS, INC.; SERGEY ZASLAVSKIY, an individual;<br><br>　　　　　　　　　　　Defendants. | Case No.: 13-cv-04826 (CLP) |

**NOTICE OF APPEARANCE**

To:　The clerk of court and all parties of record

　　I am admitted to practice in this court, and I appear in this case as co-counsel for:

Defendants, CAZ-59 EXPRESS, INC., and SERGEY ZASLAVSKIY, an individual.


Date:　August 26, 2016
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brett R. Gallaway*
　　　　　　　　　　　　　　　　　　　　　　　Brett R. Gallaway (BG-1056)
　　　　　　　　　　　　　　　　　　　　　　　McLaughlin & Stern, LLP
　　　　　　　　　　　　　　　　　　　　　　　260 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　　bgallaway@mclaughlinstern.com
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 448-1100
　　　　　　　　　　　　　　　　　　　　　　　Fax:　　　　(212) 448-0066