FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N.Y.

★ SEP 21 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN SOSA, on behalf of himself and all others
similarly situated,

                    Plaintiffs,

Docket No.: 13-cv-04826 (CLP)

STIPULATION OF DISMISSAL
AND ORDER WITH PREJUDICE

     -against-

CAZ-59 EXPRESS, INC.; SERGEY
ZASLAVSKIY, an individual,

                   Defendants.
-----------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that this action, and all of the claims asserted therein, is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), without attorneys' fees and costs except as provided for in the Parties' Settlement Agreement that was approved by this Court on September 10, 2018. ECF 111.

IT IS FURTHER STIPULATED AND AGREED THAT the Court shall retain jurisdiction over this matter to enforce the parties' Settlement Agreement and to enter judgment in the event of Defendants' breach of it in accordance with the agreement's terms.

Dated: September 13, 2018
      Great Neck, New York

By:

Brett R. Gallaway
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100

*Attorneys for Defendants*

By:

Caitlin Duffy
Borrelli & Associates, PLLC
1010 Northern Boulevard, Suite 328
Great Neck, NY 11021
(516) 248-5550

*Attorneys for Plaintiffs*

**SO ORDERED**

Brooklyn, New York
9/14, 2018

/s/ Cheryl Pollak
The Honorable Cheryl L. Pollak, U.S.M.J.

2